[No. 27409-4-II.   Division Two.   July 2, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANDREW KELLOGG, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 01-1-00196-0, H. John Hall, J., entered May 16, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Houghton, JJ.

[No. 43496-9-I.   Division One.   July 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ALAN CARROLL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08782-8, Faith Ireland, J., entered September 28, 1998. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Baker and Schindler, JJ.

[No. 48272-6-I.   Division One.   July 8, 2002.]

*In the Matter of the Dependency of* E.M.
VERNAL L. MORRIS, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-7-00847-9, Charles S. French, J., entered March 1, 2001. *Affirmed* by unpublished per curiam opinion.